IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Gianna S. Sweet | : Bankruptcy No. 15-14897/MBK |
| Debtor | : **NOTICE OF APPEARANCE** |
| | : **AND REQUEST FOR SERVICE** |

    Moshe Rothenberg, Esquire does hereby enter appearance and request for service for Creditor, Susan Sacks, in the above captioned bankruptcy matter.

    Please see that all notices are forwarded to Moshe Rothenberg, Esquire, 880 E. Elmer Road, Vineland, New Jersey 08360.

Dated: April 3, 2015
                                                                        /s/ Moshe Rothenberg, Esq.
                                                                        Moshe Rothenberg, Esq.
                                                                        880 E. Elmer Road
                                                                        Vineland, NJ 08360