

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on April 13, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br><br> Gianna S Sweet | Case No.     15-14897-MBK <br><br> Hearing Date:     5/4/2015 <br><br> Judge:     Michael B. Kaplan <br><br> Chapter:     7 |

**ORDER TO SHOW CAUSE
WHY THE CASE SHOULD NOT BE DISMISSED
FOR DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)(1)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2015**

/s/ Michael B. Kaplan

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that the debtor filed a Certificate of Credit Counseling post-petition, and having further noted that the debtor participated in the credit counseling briefing after filing their petition and that no exigent circumstances exist warranting an extension of time to obtain credit counseling required by 11 U.S.C. § 109(h)(1), it is

ORDERED that the debtor shall show cause on _____May 4, 2015_____ at 10:00 AM in the United States Bankruptcy Court, _402 East State Street, Trenton_, New Jersey, Courtroom number __8__, before the Honorable _____Michael B. Kaplan_____ why this case should not be dismissed.

It is further ORDERED that any response to this action shall be filed not less than seven (7) days before the hearing date set forth above.

*new. 11/16/06; jml*