UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on April 13, 2015**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.  15-14897-MBK |
| Gianna S Sweet | Hearing Date:  5/4/2015 |
| | Judge:  Michael B. Kaplan |
| | Chapter:  7 |

## ORDER TO SHOW CAUSE
## WHY THE CASE SHOULD NOT BE DISMISSED
## FOR DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)(1)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2015**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that the debtor filed a Certificate of Credit Counseling post-petition, and having further noted that the debtor participated in the credit counseling briefing after filing their petition and that no exigent circumstances exist warranting an extension of time to obtain credit counseling required by 11 U.S.C. § 109(h)(1), it is

ORDERED that the debtor shall show cause on _____ May 4, 2015 _____ at 10:00 AM in the United States Bankruptcy Court, _402 East State Street, Trenton_, New Jersey, Courtroom number __8__, before the Honorable _____ Michael B. Kaplan _____ why this case should not be dismissed.

It is further ORDERED that any response to this action shall be filed not less than seven (7) days before the hearing date set forth above.

*new. 11/16/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-14897-MBK
Gianna S Sweet                                                            Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: sfiefhau          Page 1 of 1          Date Rcvd: Apr 13, 2015
                            Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2015.
db              +Gianna S Sweet,   145 Patty Bowker Road,   Tabernacle, NJ 08088-9353

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2015 at the address(es) listed below:
            Daniel E. Straffi    dstraffi1@comcast.net,   dstraffi@ecf.epiqsystems.com
            David M. Bernstein    on behalf of Debtor Gianna S Sweet dmb4law@aol.com
            Moshe  Rothenberg    on behalf of Creditor Susan  Sacks mosherothenbergbkesq@gmail.com,
            ajohn880@gmail.com

                                                                            TOTAL: 3