UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Gianna S. Sweet

Case No. 15-14897-MBK

Chapter 7

Judge Michael B. Kaplan

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Jorge F. Coombs, Esquire, of Youngblood, Franklin, Sampoli and Coombs, P.A., in place of David M. Bernstein, Esquire, as Attorney(s) for the Debtor in the above entitled cause.

YOUNGBLOOD, FRANKLIN,
SAMPOLI and COOMBS, P.A.

YOUNGBLOOD, FRANKLIN,
SAMPOLI and COOMBS, P.A.

_____
Jorge F. Coombs, Esquire
Superseding Attorney(s)

_____
David M. Bernstein, Esquire
Withdrawing Attorney(s)

Dated: March 24, 2015