

U.S. BANKRUPTCY COURT
FILED
TRENTON NJ

'15 JUN -5 PM 1:00

JAMES J WALDRON

BY: [signature]

DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey



## CHANGE OF ADDRESS FORM

This form is to be used to **change** the address of a party to a bankruptcy or an adversary proceeding ONLY. A debtor who wishes to **add** a creditor not previously listed in his schedules must file an Amendment to Schedule D, E & F and submit a fee of $30.00.

Debtor's name: __Gianna S Sweet__      Case number: __15-14897-MBK__

Party's name/type: __Verizon Bankruptcy Administration , Creditor__
(Example: John Smith, creditor)

Old address: __PO Box 3397__
__Bloomington, IL 61702__

New address: __500 Technology Drive__
__Suite 550__
__Weldon Spring, MO 63304__

New phone no.: _____

I hereby certify under penalty of perjury that the above information is correct. If a debtor, I am aware that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: __6/3/15__      __/s/ Jorge F. Coombs, Esq.__
                                    Signature