Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−14897−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gianna S Sweet
   145 Patty Bowker Road
   Tabernacle, NJ 08088

Social Security No.:
   xxx−xx−0517

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

   A motion to dismiss the above captioned case was filed by Moshe Rothenberg, Esq., attorney for creditor, Susan Sacks.

   Notice is hereby given that a hearing will be held by the Honorable Michael B. Kaplan on,

Date: 8/17/15
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

to determine cause for dismissal.

Dated: July 21, 2015
JJW:

James J. Waldron
Clerk

Case 15-14897-MBK    Doc 20    Filed 07/23/15    Entered 07/24/15 00:31:06    Desc Imaged
                        Certificate of Notice    Page 2 of 2

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 15-14897-MBK
Gianna S Sweet                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: sgibbs              Page 1 of 1              Date Rcvd: Jul 21, 2015
                              Form ID: 170              Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2015.
```
db           +Gianna S Sweet,    145 Patty Bowker Road,    Tabernacle, NJ 08088-9353
aty          +Jorge F. Coombs,    Youngblood, Franklin, Sampoli and Coombs,    1201 New Road, Suite 230,
               Linwood, NJ 08221-1154
515395078    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515395079    +Comenity Bank/NWPRTNWS,    PO Box 182789,    Columbus, OH 43218-2789
515395080    +Coventry Health Care of Delaware, Inc.,    PO Box 67103,    Harrisburg, PA 17106-7103
515395082    +Hughes Development Corporation,    703 Stokes Road,    Suite 1,    Medford, NJ 08055-3006
515395083    +Larchmont Medical Imaging,    1295 Route 38 West,    PO Box 448,    Hainesport, NJ 08036-0448
515395084     Liberty Food Processing,    Philadelphia, PA
515395086    +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
515395087    +Sallie Mae, Inc./Dept. of Education,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
515395088    +Sears/Citibank,    PO Box 6282,    Sioux Falls, SD 57117-6282
515395089    +Shivers, Gosnay & Greatrex, LLC,    1415 Route 70 East, Suite 309,    Cherry Hill, NJ 08034-2210
515395090    +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515395091    +Susan Sacks,    401 Cherry Hill Blvd.,    Cherry Hill, NJ 08002-1911
515395093    +Verizon Bankruptcy Administration,    500 Technology Drive,    Suite 550,
               Weldon Spring, MO 63304-2225
515395094    +Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-0001
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: leah.bynon@usdoj.gov Jul 21 2015 21:51:07      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2015 21:51:05      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515395081     E-mail/PDF: mrdiscen@discover.com Jul 21 2015 21:58:19      Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850-5316
515395085    +E-mail/Text: bknotices@mbandw.com Jul 21 2015 21:51:30      McCarthy Burgess & Wolff,
               26000 Cannon Rd,    Bedford, OH 44146-1807
515395092    +E-mail/Text: bankruptcy@td.com Jul 21 2015 21:51:10      TD Bank,    PO Box 23072,
               Columbus, GA 31902-3072
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Susan Sacks,    401 Cherry Hill Blvd.,    Cherry Hill, NJ 08002-1911
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2015 at the address(es) listed below:
              Daniel E. Straffi    dstraffi1@comcast.net, dstraffi@ecf.epiqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi dstraffi1@comcast.net,
               dstraffi@ecf.epiqsystems.com
              Moshe Rothenberg    on behalf of Creditor Susan  Sacks mosherothenbergbkesq@gmail.com,
               ajohn880@gmail.com
                                                                                              TOTAL: 3
```